Form 20nreaf

# United States Bankruptcy Court
## Southern District of Ohio
## 170 North High Street
## Columbus, OH 43215–2414

In Re: Mark Revere

      Debtor(s)

SSN/TAX ID:
    xxx–xx–3438

Case No.: 2:13–bk–53523

Chapter: 7

Judge: C. Kathryn Preston

## NOTICE OF FAILURE TO FILE
## COMPLETED AND CERTIFIED
## REAFFIRMATION AGREEMENT COVER SHEET

   On August 7, 2013, a Reaffirmation Agreement was filed by Capital One NA – Kawasaki (Doc. No. 10). The Reaffirmation Agreement was not accompanied by the Reaffirmation Agreement Cover Sheet (Official Form 27) ("Cover Sheet") as required by Fed. R. Bankr. P. 4008 (effective December 1, 2009), *or* the accompanying Cover Sheet is incomplete and/or uncertified.

   Notice is hereby given that a completed and certified Cover Sheet must be filed within 21 days from the date of this notice or the Reaffirmation Agreement will be disapproved. The Clerk will withhold the issuance of a discharge during this period.

Dated: August 15, 2013

                                                                       FOR THE COURT:
                                                                       Kenneth Jordan
                                                                       Clerk, U.S. Bankruptcy Court

Copies To:

Default List
Capital One NA – Kawasaki
c/o Bass & Associates PC
3936 E Ft Lowell Ste 200
Tucson AZ 85712